Rhonda R. Trotter (State Bar No. 169241)
Email address:  rhonda.trotter@kayescholer.com
Oscar Ramallo (State Bar No. 241487)
Email address:  oscar.ramallo@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1600
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Plaintiff
PRINCE ROGERS NELSON

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRINCE ROGERS NELSON, an individual, | Case No. |
| Plaintiff, | |
| v. | **PLAINTIFF PRINCE ROGERS NELSON'S COMPLAINT** |
| | **(1)  Direct Copyright Infringement** |
| DAN CHODERA, an individual; KARINA JINDROVA, an individual; DOE 1 (aka PURPLEHOUSE2); DOE 2 (aka DABANG319); DOE 3(aka PURPLEKISSTWO); DOE 4 (aka WORLDOFBOOTLEG); DOE 5 (aka FUNKYEXPERIENCEFOUR); DOE 6 (aka NPRUNIVERSE); DOE 7 (aka PSPMUSICBLOG); DOE 8 (aka THEULTIMATE BOOTLEGEXPERIENCE); and DOES 9-20). | **(2)  Unauthorized Fixation** |
| | **(3)  Contributory Copyright Infringement & Bootlegging** |
| | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

KAYE|SCHOLER LLP

# COMPLAINT

For his Complaint, Plaintiff Prince Rogers Nelson ("Prince") alleges as follows:

## JURISDICTION AND VENUE

1.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving raise to the claim occurred in this district.

## THE PARTIES AND THEIR CONDUCT

### Prince

3.  Prince, doing business as Controversy Music, is the owner of more than 600 copyright registrations for various musical compositions.  Prince often puts on live performances of musical works.

### Defendants Generally

4.  The Defendants in this case engage in massive infringement and bootlegging of Prince's material.  For example, in just one of the many takedown notices sent to Google with respect to Doe 2 (aka DaBang319), Prince identified 363 separate infringing links to file sharing services, with each link often containing copies of bootlegged performances of multiple separate musical compositions.  Thus, each Defendant is responsible for up to thousands of separate acts of infringement and bootlegging.

5.  The Defendants rely on either Google's Blogger platform or Facebook, or both, to accomplish their unlawful activity.  Blogger is a service provided by Google that allows individuals to create personal blogs.  Defendants, rather than publishing lawful content to their blogs, typically publish posts that list all the songs performed at a certain Prince live show and then provide a link to a file sharing service where unauthorized copies of the performance can be downloaded.

1

Defendants use their Facebook accounts to post similar unlawful content directly to their Facebook accounts or to direct users to their blogs, or both.

6. The true names and capacities of Does 1-20 are unknown to Prince. As to Does 1-8, their true names are unknown because these Does operate Google Blogger accounts and/or Facebook accounts under pseudonyms. These blogs and Facebook accounts are used to facilitate copyright infringement and distribution of bootlegged copies of Prince's live performances.

7. On information and belief, Does 9-20 act in concert with the other Defendants in this case with respect to the unlawful activity alleged herein. Indeed, Defendants constitute an interconnected network of bootleg distribution, which is able to broadly disseminate unauthorized copies of Prince's musical compositions and live performances. On information and belief, some or all of the Defendants directly communicate with each other to obtain and distribute the unlawful material described in this Complaint.

8. On information and belief, each of the Defendants was the agent, servant, employee, joint venturer and/or co-conspirator of each of the other Defendants. On information and belief, each of the acts alleged to have been done by each Defendant was done in that Defendant's capacity as the agent, servant, employee, joint venturer and/or co-conspirator of the other Defendants.

9. Each of the Defendants has purposefully directed his activities in California, consummated transactions with residents of California and purposefully availed himself of the privilege of conducting activities of California, thereby invoking the benefits and protections of its laws.

10. In particular, Defendants use Facebook and Google's Blogger forum to conduct the infringing activity alleged herein, which services are widely known to be headquartered in California and in this judicial district. Thus, Defendants have consummated transactions with residents of California and purposefully availed themselves of the privilege of conducting activities in California.

11. Moreover, by using these services, the Defendants have expressly invoked the benefits and protections of California's laws. Indeed, Facebook's terms and conditions state "You will resolve any claim, cause of action or dispute (claim) you have with us arising out of or relating to this Statement or Facebook exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, and you agree to submit to the personal jurisdiction of such courts for the purpose of litigating all such claims. The laws of the State of California will govern this Statement, as well as any claim that might arise between you and us, without regard to conflict of law provisions."

12. Similarly, the terms and conditions governing Google's Blogger service state that "The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services. All claims arising out of or relating to these terms or the Services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts."

13. In addition to conducting their infringing activities in California, the Defendants have aimed the harm caused by their activities to this state. On information and belief, a substantial portion of the recipients of the infringing files are located in California, and California residents constitute a substantial portion of the fan-base of these infringing blogs and Facebook accounts. Thus, Defendants committed intentional acts of infringement, expressly aimed at California, causing harm that Defendants know is likely to be suffered in California.

14. Moreover, the claims in this case directly arise out of and relate to the Defendants' activities in California, and the exercise of jurisdiction comports with fair play and substantial justice.

15. Further, to the extent that any Defendant resides outside of the United States, such Defendant has intentionally targeted the harm of their conduct to the United States. In particular, Defendants are well aware that Prince is a citizen and

resident of United States and would thus suffer harm from their unlawful activities here in the United States. Moreover, a substantial portion of people interested in downloading unauthorized Prince material are in the United States, and Defendants directly target their unlawful content to such people. Thus, while foreign Defendants are subject to jurisdiction in California for the reasons described above, in the alternative, they are subject to jurisdiction in the United States as a whole pursuant to Federal Rule of Civil Procedure 4(k)(2).

16. Finally, as alleged more specifically below, Defendants Chodera and Jindrova have expressly consented to this Court's jurisdiction.

**Doe 1 - PurpleHouse2**

17. PurpleHouse2 maintained a blog at PurpleHouse2.blogspot.co.uk and several other mirror blogs on the Blogger platform. He also maintained a Facebook account at www.facebook.com/pages/Prince-Purple-House. The Facebook account directed users to his blogs and his blogs directed users to file sharing services to obtain unauthorized copies of bootlegged Prince performances. For example, one blog post contained a link to download bootleg recordings of the following musical compositions:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| Endorphinmachine | PAu001731960 |
| Bambi | PA0000523663 |
| Let's Go Crazy Reloaded | PA0000224634 |

**Doe 2 - DaBang319**

18. DaBang319 maintained a blog at Dabang319.blogspot.com. He also maintained a Facebook account at www.facebook.com/DaBang319. The Facebook account directed users to his blog and the blog directed users to file sharing services

KAYE|SCHOLER LLP

to obtain unauthorized copies of bootlegged Prince performances.  For example, one blog post contained a link to download bootleg recordings of the following musical compositions:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| Days of Wild | PAu001989947 |
| 1999 | PAu000440507 / PA0000157921 |
| Something in the Water (Does Not Compute) | PA0000157928 |
| Let's Go Crazy | PA0000217248 |
| She's Always in My Hair | PAu000722566 |
| Nothing Compares 2 U | PA0000261000 |
| Satisfied | PA0000427521 |
| Housequake | PA0000339606 |
| When Doves Cry | PA0000225932 / PA0000220373 / PAu000609914 |
| Sign O' the Times | PA0000322108 |
| Most Beautiful Girl in the World | PA0000692506 |
| Hot Thing | PA0000339611 |
| I Would Die 4 U | PA0000247244 / PA0000241298 / PA0000217252 / PAu000613662 |
| Let's Work | PA0000130921 |
| U Got the Look | PA0000339613 |
| Purple Rain | PAu000613664 / PA0000217254 |

**Doe 3 - PurpleKissTwo**

19.  PurpleKissTwo maintains a blog at PurpleKissTwo.blogspot.com.  The blog is used to direct users to file sharing services to obtain unauthorized copies of

5

bootlegged Prince performances. For example, one blog post contained a link to download bootleg recordings of Prince's March 24, 2011, Charlotte, North Carolina performance at which the following musical compositions were performed.

| COMPOSITION | REGISTRATION NUMBER |
| --- | --- |
| When Doves Cry | PA0000225932 / PA0000220373 / PAu000609914 |
| Darling Nikki | PAu000613661 / PA0000217251 |
| Sign O' the Times | PA0000322108 |
| Most Beautiful Girl in the World | PA0000732864 / PAu001832359 / PA0000692506 |
| Uptown | PA0000724137 |
| Raspberry Beret | PA0000270334 / PA0000252652 / PA0000255668 / PAu000705005 |
| Cream | PA0000543529 / PA0000549273 PAu001547996 |
| Cool | PAu000302976 |
| Let's Work | PA0000130921 |
| U Got the Look | PA0000339613 |
| Nothing Compares 2 U | PA0000261000 |
| Take Me With U | PA0000217249 |
| Anotherloverholenyohead | PA0000291374 |
| Controversy | PA0000130927 |
| Shhh | PAu001805925 |
| Elixer | PA0001695093 |

20. After counsel for Prince began issuing Digital Millennium Copyright Act ("DMCA") notices to Google and to file sharing services used by PurpleKissTwo,

rather than using file sharing services, PurpleKissTwo began posting live performance set lists on his blog with the instruction "U know what 2 do now." Clicking "do" leads to the email address gettoffte@gmail.com. On information and belief, this email account is used to distribute bootleg recordings. One such post contains the set list for Prince's April 24, 2002, Oakland performance at which the following musical compositions were performed:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| Rainbow Children | PA0001074922 |
| Muse 2 The Pharaoh | PA0001074923 |
| Mellow | PA0001074928 |
| 1+1+1=3 | PA0001074929 |
| Strange Relationship | PA0000339615 |
| When You Were Mine | PA0000724137 |
| Family Name | PA0001074933 |
| Take Me With U | PA0000217249 |
| Raspberry Beret | PAu000705005 / PA0000255668 / PA0000252652 / PA0000270334 |
| Everlasting Now | PA0001074934 |
| Adore | PA0000339619 |
| Do Me Baby | PA0000130925 |
| Girls and Boys | PA0000291369 |
| Joy in Repetition | PA0000498333 / PA0000502599 |
| Free | PA0000157929 / PAu000440514 |
| Starfish And Coffee | PA0000339609 |
| Sometimes It Snows in April | PA0000291375 |
| Condition of the Heart | PA0000255665 / PAu000705004 |

KAYE|SCHOLER LLP

| Diamonds and Pearls | PA0000549272 / PAu001547993 / PA0000585432 |
| Beautiful Ones | PA0000217250 / PAu000613659 |
| Most Beautiful Girl in The World | PA0000692506 / PA0000732864 / PAu001832359 |
| Purple Rain | PA0000217254 / PAu000613664 / PA0000238407 / |
| How Come U Don't Call Me Anymore | PA0000157922 |
| Nothing Compares 2 U | PA0000261000 |
| Anna Stesia | PAu001081255 / PA0000377935 |

## Doe 4 - WorldOfBootleg

21. WorldOfBootleg maintains a blog at WorldOfBootleg.blogspot.com. The blog is used to direct users to file sharing services to obtain unauthorized copies of bootlegged Prince performances. For example, one blog post contained a link to download bootleg recordings of Prince's April 10, 1983, Chicago performance at which the following musical compositions were performed:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| Controversy | PA0000130927 |
| Let's Work | PA0000130921 |
| Do Me, Baby | PA0000130925 |
| Free | PA0000157929 / PAu000440514 |
| Something in the Water | PAu000440513 / PA0000157928 |
| How Come U Don't Call Me Anymore? | PA0000157922 |

| Lady Cab Driver | PA0000157930 / PAu000440515 |
| Little Red Corvette | PA0000157923 / PAu000440508 / PA0000174670 |
| Sexuality | PA0000130926 |
| Let's Pretend We're Married | PAu000440510 / PA0000157925 / PA0000202417 |
| International Lover | PAu000440517 / PA0000157932 |
| 1999 | PAu000440507 / PA0000157921 / PA0000165680 |

**Doe 5 - FunkyExperienceFour**

22.  FunkyExperienceFour maintains a blog at FunkyExperienceFour.blogspot.com.  The blog is used to direct users to file sharing services to obtain unauthorized copies of bootlegged Prince performances.  For example, one blog post contains a link to download bootleg recordings of Prince's December 2013 Mohegan Sun Arena performance at which the following musical compositions were performed:

| COMPOSITION | REGISTRATION NUMBER |
| --- | --- |
| Days of Wild | PAu001989947 |
| 1999 | PAu000440507 / PA0000157921 |
| Something in the Water (Does Not Compute) | PA0000157928 |
| Let's Go Crazy | PA0000217248 |
| She's Always in My Hair | PAu000722566 |
| Nothing Compares 2 U | PA0000261000 |
| Satisfied | PA0000427521 |
| Housequake | PA0000339606 |

9

| When Doves Cry | PA0000225932 / PA0000220373 / PAu000609914 |
|---|---|
| Sign O' the Times | PA0000322108 |
| Most Beautiful Girl in the World | PA0000692506 |
| Hot Thing | PA0000339611 |
| I Would Die 4 u | PA0000247244 / PA0000241298 / PA0000217252 / PAu000613662 |
| Let's Work | PA0000130921 |
| U Got the Look | PA0000339613 |
| Purple Rain | PAu000613664 / PA0000217254 |

## Doe 6 - NPRUniverse

23.  NPRUniverse maintains a blog at NPRUniverse.blogspot.com.  The blog is used to direct users to file sharing services to obtain unauthorized copies of bootlegged Prince performances.  For example, one blog post contained a link to download bootleg recordings of Prince's performance of the following musical compositions:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| Let's Go Crazy | PA0000217248 / PAu000613658 / PA0000224634 / PA0000243437 |
| Take Me With U | PA0000217249 |
| Darling Nikki | PA0000217251 / PAu000613661 |
| Joy in Repetition | PA0000498333 / PA0000502599 |
| When Doves Cry | PA0000220373 / PAu000609914 / PA0000225932 / PA0000224949 |
| Computer Blue | PA0000217247 / PAu000645373 / PAu000662613 / PAu000613660 |

| I Would Die 4 U | PA0000217252 / PA0000241298 / PA0000247244 / PAu000613662 |
|---|---|
| God | PAu000617271 |
| Purple Rain | PA0000217254 / PAu000613664 / PA0000238407 / |
| When You Were Mine | PA0000724137 |
| Bambi | PA0000523663 / PAu001541679 / PAu001475738 |
| And God Created Woman | PA0000608655 / PAu001640802 |
| 3 Chains o' Gold | PAu001640803 / PA0000608654 |
| Anna Stesia | PAu001081255 / PA0000377935 |
| Still Would Stand All Time | PA0000498326 / PA0000502605 |
| Adore | PA0000339619 |
| Little Red Corvette | PA0000157923 / PAu000440508 / PA0000174670 |
| Housequake | PAu000952526 / PAu000952525 / PA0000339606 |
| The Ballad of Dorothy Parker | PA0000339607 |
| Free | PA0000157929 / PAu000440514 |
| Starfish And Coffee | PA0000339609 |
| Sometimes It Snows in April | PA0000291375 |
| How Come U Don't Call Me Anymore? | PA0000157922 |

## Doe 7 - PSPMusicBlog

24. PSPMusicBlog maintained a blog at PSPMusicBlog.blogspot.com. PSPMusicBlog also maintains a Facebook account at

www.facebook.com/PRINCEsoloPrince.  The Facebook account directed users to his blog and the blog directed users to file sharing services to obtain unauthorized copies of bootlegged Prince performances.  For example, one blog post contained a link to download bootleg recordings of the following musical compositions:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| She's Always in My Hair | PAu000722566 / PA0000259277 |
| Dreamer | PA0001695103 |
| Bambi | PA0000523663 / PAu001541679 / PAu001475738 |
| Let's Go Crazy | PA0000217248 / PAu000613658 / PA0000224634 / PA0000243437 |
| Diamonds and Pearls | PA0000549272 / PAu001547993 / PA0000585432 |
| Beautiful Ones | PA0000217250 / PAu000613659 |
| Endorphinmachine | PAu001731960 |
| Take Me With U | PA0000217249 |
| Raspberry Beret | PAu000705005 / PA0000255668 / PA0000252652 / PA0000270334 |
| The Max | PA0000608662 / PAu001640809 |
| Electric Chair | PA0000427515 / PA0000433157 |
| U Got The Look | PA0000339613 |
| Colonized Mind | PA0001695121 |
| Bambi | PA0000523663 / PAu001541679 / PAu001475738 |
| Housequake | PAu000952526 / PAu000952525 / PA0000339606 |

| Sign O' the Times | PA0000335119 / PA0000322108 / PA0000325919 |
|---|---|
| Nothing Compares 2 U | PA0000261000 |
| Purple Rain | PA0000217254 / PAu000613664 / PA0000238407 / |

**Doe 8 - TheUltimateBootlegExperience**

25.  TheUltimateBootlegExperience operates a blog at TheUltimateBootlegExperience7.blogspot.com.  His blog is used to direct users to Guitars101.com, which in turn contains links to file sharing services to bootlegs of many artists, including Prince.  For example, one blog post contained a link that allowed users to reach links to download Prince's live performances of the following musical compositions:

| COMPOSITION | REGISTRATION NUMBER |
|---|---|
| Future | PA0000427514 |
| 1999 | PAu000440507 / PA0000157921 / PA0000165680 |
| Housequake | PAu000952526 / PAu000952525 / PA0000339606 |
| Kiss | PA0000284474 / PA0000289688 |
| Purple Rain | PA0000217254 / PAu000613664 / PA0000238407 / |
| Take Me With U | PA0000217249 |
| If I Had a Harem | PAu001166396 |
| Alphabet Street | PA0000377936 / PA0000371276 / PAu001081257 |

13

| Question of U | PA0000498334 / PA0000502595 |
| Under the Cherry Moon | PA0000291368 / PAu000875301 |

**Dan Chodera & Karina Jindrova**

26.  Dan Chodera and Karina Jindrova operate a Facebook account at www.facebook.com/kristynafanpage.  The Facebook account has posted numerous videos of bootlegged Prince performances, including of the following musical compositions:

| COMPOSITION | REGISTRATION NUMBER |
| --- | --- |
| Let's Go Crazy | PA0000217248 / PAu000613658 / PA0000224634 / PA0000243437 |
| Bambi | PA0000523663 / PAu001541679 / PAu001475738 |
| She's Always in My Hair | PAu000722566 / PA0000259277 |
| Most Beautiful Girl in the World | PA0000692506 / PA0000732864 / PAu001832359 |
| I Hate U | PA0000774220 / PAu001989956 |
| Satisfied | PA0001331131 |
| Dreamer | PA0001695103 |

27.  In response to Prince's DMCA takedown notices to Facebook, Chodera submitted two counter-notifications pursuant to 17 U.S.C. § 512(g)(2) on January 9, 2014.  Jindrova submitted a similar counter-notification on January 15, 2014.  Both Chodera and Jindrova provided a foreign address.  As a result, pursuant to 17 U.S.C. § 512(g)(3)(D), Chodera and Jindrova have expressly consented to the jurisdiction of any Federal District Court in which the service provider (Facebook)

can be found.  Thus, Chodera and Jindrova have expressly consented to jurisdiction in this district in which Facebook maintains its headquarters.

**Does 9-10**

28.  On information and belief, Does 9-10 are responsible for the initial fixation of the bootlegged material described in this Complaint.  Does 9 through 10 are either the operators of one of the blogs and Facebook accounts described herein and/or provide their material to operators of the blogs and Facebook accounts described herein for further distribution.

**Does 11-20**

29.  On information and belief, Does 11-20 are additional individuals or entities responsible for one or more the blogs and Facebook accounts of Does 1-8, Chodera and Jindrova.

**FIRST CLAIM FOR RELIEF**

**Direct Copyright Infringement**

**17 U.S.C. § 501**

**(All Defendants)**

30.  All preceding paragraphs are incorporated here.

31.  Prince is the owner of copyright registrations in numerous musical compositions, each of which is a valid copyright.

32.  As alleged herein, Defendants have reproduced and distributed copies of these works without Prince's permission.

33.  As a result, Defendants have committed direct copyright infringement.

34.  Defendants' actions are and have been willful within the meaning of 17 U.S.C. § 504(2).

35.  Defendants' infringements have caused and will continue to cause substantial, immediate and irreparable injury to Prince for which there is no adequate remedy at law.  Accordingly, Prince is entitled to injunctive relief against Defendants.

36.  In addition, Prince has suffered and is continuing to suffer damages in an amount according to proof, but no less than $1 million per Defendant and, in addition, is also entitled to recover from Defendants costs and attorneys' fees pursuant to 17 U.S.C. § 505.

37.  Prince is also entitled to recover statutory damages pursuant to 17 U.S.C. § 504 in an amount according to proof, but no less than $1 million per Defendant.

38.  Prince is also entitled to recover the Defendants' profits in an amount according to proof pursuant to 17 U.S.C. § 504(b).

39.  Finally, Prince requests that the Court, to the extent practicable, order impoundment and return to Prince all infringing material pursuant to 17 U.S.C. § 503 and the Court's inherent equitable powers.

## SECOND CLAIM FOR RELIEF

### Unauthorized Fixation and Trafficking in Sound Recordings

### 17 U.S.C. § 1101.

### (All Defendants)

40.  All preceding paragraphs are incorporated here.

41.  As described herein, Defendants have fixed the sounds or sound and images of numerous live musical performances of Prince in copies or phonorecords without Prince's consent ("Bootlegged Recordings").

42.  Defendants have transmitted or otherwise communicated the Bootlegged Recordings to the public and have distributed and offered to distribute  the Bootlegged Recordings.

43.  As a result, Defendants have committed direct copyright infringement.

44.  Defendants' actions are and have been willful within the meaning of 17 U.S.C. § 504(2).

45.  Defendants' infringements have caused and will continue to cause substantial, immediate and irreparable injury to Prince for which there is no

adequate remedy at law.  Accordingly, Prince is entitled to injunctive relief against Defendants.

46.  In addition, Prince has suffered and is continuing to suffer damages in an amount according to proof, but no less than $1 million per Defendant, and, in addition, is also entitled to recover from Defendants costs and attorneys' fees pursuant to 17 U.S.C. § 505.

47.  Prince is also entitled to recover statutory damages pursuant to 17 U.S.C. § 504 in an amount according to proof, but no less than $1 million per Defendant.

48.  Prince is also entitled to recover the Defendants' profits in an amount according to proof pursuant to 17 U.S.C. § 504(b).

49.  Finally, Prince requests that the Court, to the extent practicable, order impoundment and return to Prince all unlawful material pursuant to 17 U.S.C. § 503 and the Court's inherent equitable powers.

## THIRD CLAIM FOR RELIEF

### Contributory Copyright Infringement & Bootlegging
### (All Defendants)

50.  All preceding paragraphs are incorporated here.

51.  When Defendants posted the infringing and bootlegged material to their blogs and Facebook accounts, they knew that the users of those blogs and accounts would download such material in violation of Prince's rights.

52.  Defendants intentionally induced and materially contributed to such user's actions.  Indeed, Defendants' entire purpose in setting up their blogs and accounts was to induce such wrongful actions by their users.

53.   Defendants' actions are and have been willful within the meaning of 17 U.S.C. § 504(2).

54.  Defendants' infringements have caused and will continue to cause substantial, immediate and irreparable injury to Prince for which there is no

adequate remedy at law.  Accordingly, Prince is entitled to injunctive relief against Defendants.

55.  In addition, Prince has suffered and is continuing to suffer damages in an amount according to proof, but no less than $1 million per Defendant and, in addition, is also entitled to recover from Defendants costs and attorneys' fees pursuant to 17 U.S.C. § 505.

56.  Prince is also entitled to recover statutory damages pursuant to 17 U.S.C. § 504 in an amount according to proof, but no less than $1 million per Defendant.

57.  Prince is also entitled to recover the Defendants' profits in an amount according to proof pursuant to 17 U.S.C. § 504(b).

58.  Finally, Prince requests that the Court, to the extent practicable, order impoundment and return to Prince all unlawful material pursuant to 17 U.S.C. § 503 and the Court's inherent equitable powers.

## **PRAYER FOR RELIEF**

**WHEREFORE** Prince prays for relief as follows:

A.  For an award of actual or statutory damages in an amount according to proof, but no less than:

    i.    $1 million against Dan Chodera,
    ii.   $1 million against Karina Jindrova,
    iii.  $1 million against Doe 1 (PurpleHouse2),
    iv.   $1 million against Doe 2 (DaBang319),
    v.    $1 million against Doe 3 (PurpleKissTwo),
    vi.   $1 million against Doe 4 (WorldOfBootleg),
    vii.  $1 million against Doe 5 (FunkyExperienceFour),
    viii. $1 million against Doe 6 (NPRUniverse),
    ix.   $1 million against Doe 7 (PSPMusicBlog),
    x.    $1 million against Doe 8 (TheUltimateBootlegExperience), and
    xi.   $1 million each for each of the remaining Defendants;

B.  A permanent injunction prohibiting each Defendant (and anyone acting in concert with one or more Defendants) from violating any of Prince's

rights under the Copyright Act, including but not limited to an injunction against violations of 17 U.S.C. §§ 501 and 1101, as well as an injunction prohibiting each Defendant from materially contributing or inducing third parties to violate those rights;

C. Disgorgement of ill-gotten gains according to proof;

D. Interest;

E. An order pursuant to 17 U.S.C. § 503 and/or the Court's inherent equitable powers impounding unlawful materials and requiring delivery of possession to such materials to Prince;

F. Reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

G. For such further relief as the Court deems just and proper.

Dated: January 16, 2014

Respectfully submitted,

KAYE SCHOLER LLP

By: _____/s/_____
    Rhonda R. Trotter
    Oscar Ramallo
Attorneys for Plaintiff
PRINCE ROGERS NELSON

## **<u>DEMAND FOR JURY TRIAL</u>**

Prince Rogers Nelson demands a jury trial on all issues so triable.


Dated:  January 16, 2014                      Respectfully submitted,

                                             KAYE SCHOLER LLP


                                        _____
                                                    /s/
                                             Rhonda R. Trotter
                                             Oscar Ramallo
                                        Attorneys for Plaintiff
                                        PRINCE ROGERS NELSON

61825940_3.DOCX                          COMPLAINT