1  Rhonda R. Trotter (State Bar No. 169241)
   Email address:  rhonda.trotter@kayescholer.com
2  Oscar Ramallo (State Bar No. 241487)
   Email address:  oscar.ramallo@kayescholer.com
3  KAYE SCHOLER LLP
   1999 Avenue of the Stars
4  Suite 1600
   Los Angeles, California  90067
5  Telephone:  (310) 788-1000
   Facsimile:  (310) 788-1200
6
   Attorneys for Plaintiff
7  PRINCE ROGERS NELSON

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE ROGERS NELSON, an individual, | Case No. 3:14-cv-00273 EDL |
| Plaintiff, | |
| v. | **PLAINTIFF PRINCE ROGERS NELSON'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| DAN CHODERA, an individual; KARINA JINDROVA, an individual; DOE 1 (aka PURPLEHOUSE2); DOE 2 (aka DABANG319); DOE 3(aka PURPLEKISSTWO); DOE 4 (aka WORLDOFBOOTLEG); DOE 5 (aka FUNKYEXPERIENCEFOUR); DOE 6 (aka NPRUNIVERSE); DOE 7 (aka PSPMUSICBLOG); DOE 8 (aka THEULTIMATE BOOTLEGEXPERIENCE); and DOES 9-20). | Date:  In Chambers
Time:  In Chambers
Ctrm:  E - 15th Floor
Judge:  Hon. Elizabeth D. Laporte |
| Defendants. | |

1 **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

2    Plaintiff Prince Rogers Nelson hereby voluntarily dismiss the entire action WITHOUT

3 prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4

5 Dated:  January 28, 2014                       Respectfully submitted,

6                                                KAYE SCHOLER LLP

7                                                By:  _____/s/_____
8                                                    Rhonda R. Trotter
                                                     Oscar Ramallo
9                                                Attorneys for Plaintiff
                                                 PRINCE ROGERS NELSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
61872556_1.DOCX              VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:14-cv-00273 EDL